## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIBERIAN COMMUNITY ASSOCIATION OF CONNECTICUT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOVERNOR DANNEL MALLOY, et al., )<br>)<br>Defendants. )<br>) | No.: 3:16-cv-00201-AVC<br><br>February 16, 2016 |

## PLAINTIFFS' MOTION TO CERTIFY CLASS AND APPOINT CLASS COUNSEL

Plaintiffs and the proposed class, by and through their undersigned counsel, hereby respectfully move this Court to enter an Order certifying this case as a class action pursuant to Fed. R. Civ. P. 23 and an Order appointing Plaintiffs' counsel as class counsel. Plaintiffs ask this Court to certify a proposed class consisting of all persons who are traveling or intend to travel from Liberia, Sierra Leone, and Guinea to Connecticut and are at risk of Defendants subjecting them to an unlawful and scientifically unjustified quarantine. The grounds for this motion are set forth in the Memorandum of Law in Support of Plaintiffs' Motion to Certify Class and Appoint Class Counsel and Declarations attached thereto and incorporated therein.

Dated: February 16, 2016
New Haven, Connecticut

BY: /s/ Michael J. Wishnie

Alexandra Brodsky, Law Student Intern
Elizabeth Deutsch, Law Student Intern
Kyle Edwards, Law Student Intern
Kyle Fees, Law Student Intern
Mekela Panditharatne, Law Student Intern

Emma Roth, Law Student Intern
Muneer I. Ahmad, No. ct28109
Amy Kapczynski, No. ct29965
Michael J. Wishnie, No. ct27221
JEROME N. FRANK LEGAL SERVICES
ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on February 16, 2016, a copy of Plaintiffs' Motion to Certify Class and Appoint Class Counsel, Memorandum Of Law In Support Of Plaintiffs' Motion To Certify Class And Appoint Class Counsel, and Declarations of Michael J. Wishnie, Laura Skrip, Esther Yalartai, Bishop Harmon Yalartai, Flomo Freeman, Dr. Mary Jean O, Louise Mensah-Sieh, and Nathaniel Sieh, together with any exhibits, were filed electronically and served by mail. Parties may access this filing through the Court's CM/ECF System, and copies of this filing was sent by first-class mail, postage-prepaid, to Kim Massicotte, Office of the Attorney General for the State of Connecticut, who has indicated she is handling this matter:

Associate Attorney General Kim Massicotte
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06106

                                                                       /s/ Michael J. Wishnie
                                                                       Michael J. Wishnie, No. ct27221