```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

LIBERIAN COMMUNITY ASSOCIATION  :
OF CONNECTICUT, et al.          :
   Plaintiffs,                  :
                                 :
v.                              :  Civil No. 3:16-CV-201-(AVC)
                                 :
GOVERNOR DANNEL MALLOY, et al.  :
   Defendants.                  :

### SCHEDULING ORDER

(1) The parties shall have until June 1, 2016 to amend the pleadings and join additional parties.

(2) The defendants shall have until May 2, 2016 to respond to the complaint.

(3) All discovery, including depositions of expert witnesses, shall be completed on or before June 30, 2017.

(4) The plaintiffs shall disclose the identity of any expert witness they may use at trial and provide opposing counsel with a written report prepared by the witness pursuant to Fed. R. Civ. P. 26(a)(2) on or before January 15, 2017.  The depositions of such witnesses shall be completed on or before March 30, 2017.

(5) The defendants shall disclose the identity of any expert witness they may use at trial and provide opposing counsel with a written report prepared by the witness pursuant to Fed. R. Civ. P. 26(a)(2) on or before March 15, 2017.  The depositions of such witnesses shall be completed on or before May 30, 2017.

(6) Any party who has a claim or counterclaim for damages shall provide a damages analysis on or before April 8, 2016.

(7) All dispositive motions, if necessary, shall be filed on or before October 28, 2017.

(8) The parties shall file a joint trial memorandum in accordance with the standing order regarding trial memoranda on or before December 12, 2017.

(9) The case shall be ready for trial on December 26, 2017.

It is so ordered this 31st day of March 2016, at Hartford, Connecticut.

                                                  /s/
                                          Alfred V. Covello
                                          United States District Judge