IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIBERIAN COMMUNITY ASSOCIATION OF CONNECTICUT, *Et Al.*, | : : : | No. 3:16-cv-00201-AVC |
| *Plaintiffs*, | : : | |
| v. | : : | |
| GOVERNOR DANNEL P. MALLOY, *Et Al.*, | : | |
| *Defendants*. | : | APRIL 27, 2016 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT AND MOTION FOR CLASS
CERTIFICATION**

Pursuant to Rule 6(b)(1) of the Local Rules of Civil Procedure and Rule 6(b) of the Federal Rules of Civil Procedure, Defendants hereby respectfully request a twenty-one (21) day extension of time until May 23, 2016 to respond to both Plaintiffs' Complaint (Doc. No. 1) and Plaintiffs' Motion to Certify Class (Doc. No. 9). This is Defendants' second motion for an extension of time to respond as to both Plaintiffs' Complaint and Plaintiffs' Motion. The undersigned has contacted counsel for Plaintiffs, who consent to the granting of this motion. In support of this motion, Defendants represent as follows:

(1) This Court previously granted Defendants' consent motion for an extension of time through May 2, 2016 in which to respond to Plaintiffs' Complaint (Doc. No. 23);

(2) This Court also previously granted Defendants' consent motion for an extension of time through May 2, 2016 in which to respond to Plaintiffs' Motion to Certify Class (Doc. No. 27);

1

(3) Defendants have reviewed Plaintiffs' Complaint and Motion to Certify Class and are in the process of drafting responsive papers as to both. However, due to the nature of Plaintiffs' claims and the press of other business in both the federal and state courts, the undersigned requires additional time to prepare an appropriate response. In addition, Defendants believe that their response to the Complaint will assist the Court in addressing whether class certification is appropriate;

(4) Defendants have contacted Plaintiffs' counsel, who has indicated that Plaintiffs consent to this Motion.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file responses to both Plaintiffs' Complaint and Plaintiffs' Motion to Certify Class up to and including May 23, 2016.

        Respectfully submitted,

        DEFENDANTS

        GOVERNOR DANNEL P. MALLOY

        ACTING COMMISSIONER RAUL PINO

        FORMER COMMISSIONER JEWEL MULLEN

        GEORGE JEPSEN
        ATTORNEY GENERAL

BY: */s/ Robert J. Deichert*
    Robert J. Deichert (ct24956)
    Assistant Attorney General
    Attorney General's Office
    55 Elm Street
    P.O. Box 120
    Hartford, CT 06141-0120
    860-808-5020 (phone)
    860-808-5347 (fax)
    Robert.Deichert@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2016, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert J. Deichert*
Robert J. Deichert
Assistant Attorney General