**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LIBERIAN COMMUNITY ASSOCIATION OF CONNECTICUT, ET AL., plaintiffs, | : : : : |
| v. | : CIVIL NO: 3:16-cv-00201(AVC) : |
| GOVERNOR DANNEL MALLOY, ET AL., defendants. | : : |

### **JUDGMENT**

This action having come before the court for consideration of the defendant's motion to dismiss and,

The court having considered the motion and the record of the case, and having granted the defendant's motion to dismiss on March 30, 2017, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated this 3rd day of May 2017, at Hartford, Connecticut.

ROBIN TABORA, Clerk

By: \_\_\_ / s / _____
Renee Alexander
Deputy Clerk

Entered on date:5/5/2017